**Belay REDDICK, Plaintiff–Appellant,**

v.

**Pamela JUSTICE; Mary M. Mitchell; J. Hollett; Joseph Neal; Oscar Acosta; Wanda Harris; Roy Lathrop; Warren C. Holland; Lee Hamar; S. Taylor; K. Johnson; M. Cruz; S. Langford; B. Kemp; R. Celaya; D. Colon; D. Mercado; J. Simmons; E. Rayburn; T. Miller; R. Kelso; S. Lathrop; T. Talplacido; D. Ayotte; M. Walker; D. Barbareno; E. Mclellan; T. Graves; J. Stivers; M. Strong; M. Moore; D. Franks; F. Hill; F. Brockington, Defendants–Appellees.**

No. 15–6084.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2015.

Decided: May 26, 2015.

Belay Reddick, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, SC, for Appellees.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER·CURIAM:

Belay Reddick appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Reddick v. Justice,* No. 2:13–cv–03379–DCN, 2015 WL 75046 (D.S.C. Jan. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*